IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RE: KEVIN LUCAS,                                )
                                                )
BAC Home Loans Servicing, L.P. fka              )
Countrywide Home Loans Servicing, L.P.,         )
                    Creditor,                   )
        vs.                                     )   CASE NO. 09B42109
                                                )   JUDGE John H. Squires
KEVIN LUCAS,                                    )
                    Debtor(s),                  )
                                                )

### ORDER MODIFYING STAY

This cause coming to be heard on the Motion of BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 518 Majestic Lane, Oswego, IL 60543.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

DATED: **JAN - 8 2010**    ENTERED BY: _____
                                        Bankruptcy Judge John H. Squires

PIERCE & ASSOCIATES, P.C.
Attorneys for Creditor
1 North Dearborn
Suite 1300
Chicago, Illinois  60602
(312) 346-9088
PA No:  09-7109

**PREVAILING PARTY SHALL FORTHWITH SERVE A COPY OF THIS ORDER ON THE DEBTOR(S) AND ALL PARTIES ENTITLED TO NOTICE.**